**STATE of Missouri, Respondent,**

v.

**Jeffrey R. HIMMELMANN, Appellant.**

No. 72659.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 6, 1998.

Ryals & Soffer, P.C., Daniel T. Dalton & Michael J. Beckermann, Clayton, for appellant.

Tim Braun, Pros. Atty., Tanya Muhm, Asst. Pros. Atty., St. Charles, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

*ORDER*

PER CURIAM.

Defendant appeals sentences for driving while intoxicated, failure to stop for stop sign and two charges of failure to obey traffic control device entered after a jury trial. The trial court did not err and abuse its discretion in allowing cross-examination of defendant on prior convictions on state charges in addition to a prior driving while intoxicated conviction. No error of law appears. An extended opinion would have no precedential value. The sentences are affirmed. Rule 84.16(b).